STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RODOBALDO LOPEZ, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. Richard Newman* and *Mr. Michael Blacker* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. David J. Hughes* for the respondent.

December 10, 1968. Denied.

JOSEPH LO BIONDO, PLAINTIFF-RESPONDENT, v. TOWN OF BLOOMFIELD, *ETC., ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Joseph D. Lintott* and *Mr. Harold M. Savage* for the petitioners.

*Messrs. Hood, Mintz & Vichness* for the respondent.

December 10, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. GABE PRESSMAN, DEFENDANT-PETITIONER.

*Messrs. Abrams, Kestenbaum, Hendricks & Reina* for the petitioner.

*Mr. Edward Sachar* and *Mr. Daniel Stoler Bernstein* for the respondent.

December 16, 1968. Denied.